**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TAYLOR PETTIT, Individually and as Administrator of the ESTATE OF KENNETH PETTIT | : <br> : <br> :   Docket No.: 2:23-cv-03884 <br> : <br> : |
| *Plaintiff* | : <br> :   **JURY TRIAL DEMANDED** |
| v. | : <br> : |
| CHESTER COUNTY, ET AL. | : <br> : |
| Defendants | : |

## WITHDRAWAL OF APPEARANCE

TO THE OFFICE OF JUDICIAL RECORDS:

Kindly withdraw my appearance as co-counsel on behalf of Plaintiff in connection with

the above-captioned matter.


EISENBERG, ROTHWEILER,
WINKLER, EISENBERG & JECK, P.C.

BY:   s/Stephan A. Cornell

Date: 3/12/25          STEPHAN A. CORNEL, ESQUIRE
Attorney for Plaintiff