IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TAYLOR PETTIT,** *individually and as administrator for the estate of* **KENNETH PETTIT,**<br><br>*Plaintiff*,<br><br>v.<br><br>**CHESTER COUNTY** *et al.*,<br><br>*Defendants*. | Civil Action<br><br>No. 23-cv-3884 |

## ORDER

**AND NOW**, this 10th day of April, 2025, upon consideration of Plaintiff's Unopposed Letter Request to Extend the Time to Respond to Defendants' Motions for Summary Judgment, it is hereby **ORDERED** that the Request is **GRANTED**. Plaintiff **SHALL** respond to Defendants' pending Motions (ECF Nos. 29, 31) **no later than May 9, 2025**.

BY THE COURT:

 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**