## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAYLOR PETTIT, Individually and as Administrator of the ESTATE OF KENNETH PETTIT | : <br> : <br> : Docket No.: 2:23-cv-03884 <br> : |
| *Plaintiff* | : <br> : **JURY TRIAL DEMANDED** |
| v. | : <br> : |
| CHESTER COUNTY, ET AL. | : <br> : |
| Defendants | : |

### ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

    Kindly enter my appearance as counsel on behalf of the Plaintiff in the above matter.

                              EISENBERG, ROTHWEILER,
                              WINKLER, EISENBERG & JECK, P.C.

Date: 4/16/25                BY:    s/Jordan Schlossberg
                                          JORDAN SCHLOSSBERG, ESQUIRE
                                          Attorney for Plaintiff