IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETTIT** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **CHESTER COUNTY et al** | : | NO.: 23-cv-3884 |

**O R D E R**

**AND NOW**, this **10th** day of **OCTOBER 2025**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Mitchell S. Goldberg to the calendar of the Hononrable Gerald J. Pappert for further proceedings.

FOR THE COURT:

WENDY BEETLESTONE
Chief Judge

ATTEST:

 /s/George Wylesol
GEORGE WYLESOL
Clerk of Court