**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

TAYLOR PETTIT, individually and as administrator of the ESTATE OF KENNETH PETTIT,

          *Petitioners,*

    v.

CHESTER COUNTY, et al.,

          *Respondents.*

CIVIL ACTION
NO. 23-3884

## ORDER

**AND NOW**, this 24th day of February 2026, upon consideration of Plaintiff's Petition for Approval of Settlement and Distribution of Wrongful Death and Survival Actions, (Dkt. No. 66), to which no objections have been filed, it is **ORDERED** that Plaintiff is authorized to enter a settlement with Defendants in the gross sum of **$700,000.00** to be paid by PrimeCare Medical, Inc.  Defendants shall forward all settlement drafts or checks to Plaintiff's counsel for proper distribution.

It is **FURTHER ORDERED** that the settlement proceeds shall be allocated as follows:

| | |
|---|---|
| To: Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.  (reimbursement of expenses) | $67,374.66 |
| To: Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.  (40 percent in counsel fees) | $280,000.00 |
| To: Taylor Pettit, Wrongful Death Beneficiary | $132,234.50 |
| To: Kiley Igler, Wrongful Death Beneficiary | $132,234.50 |
| To: The Estate of Kenneth Pettit, Survival Beneficiary | $88,156.34 |

1

Finally, PrimeCare Defendants' Motion for Summary Judgment, (Dkt. No. 29), is

**DENIED as moot**.  The Clerk of the Court shall **CLOSE** the case.


BY THE COURT:



***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.

2